## Ex parte F. M. McDANIEL.

No. A-8637.   Oct. 13, 1933.

(25 Pac. [2d] 1118.)

Amon Collins and Stansell Whiteside, for petitioner.

Hollis Arnett, for respondent.

PER CURIAM.   This is an original proceeding in habeas corpus for a reduction of bail.   Plaintiff alleges he is illegally restrained by the sheriff of Greer county on two charges of incest, and that his bail has been fixed on one of said charges at $10,000 and on one at $1,000 and that same is excessive.

Upon a consideration of the record and the stipulation of facts, the court finds that the bail is not excessive, and the writ is denied.